150 A.3d 822

**MISEVETH**

v.

**MISEVETH**

Pet. Docket No. 407, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Dismissed by the Court of Special Appeals (No. 2183, Sept. Term, 2015).

Petition for writ of certiorari dismissed.

■

150 A.3d 822

**MOORE, Antonio**

v.

**STATE of Maryland**

Pet. Docket No. 400, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 2675, Sept. Term, 2013).

Petition for writ of certiorari denied.